IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDRA PARADISE
                                 :          CIVIL ACTION
                                 :
        vs.                      :
                                 :          NO.  02-4331
ALLSTATE INSURANCE CORP.

O R D E R

       **AND NOW, TO WIT:** This 28th day of August, 2002,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
               Eileen Adler
               Deputy Clerk

Civ 2 (8/2000)
41(b).frm